IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| BARTA CARR,<br><br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC<br>d/b/a DOLLAR GENERAL,<br>    Defendant. | Civil Action No. 5:16-CV-313-OC-30PRL<br><br>NOTICE OF REMOVAL |

TO     THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Dolgencorp, LLC ("Defendant"), by and through its undersigned attorneys, gives notice of removal of the above-captioned action from the Fifth Judicial Circuit Court of Florida to the United States District Court for the Middle District of Florida. In support of its Notice of Removal, Defendant further states that:

I.     **PLEADINGS, PROCESS, AND ORDERS**

    1.     On or about March 31, 2016, Plaintiff Barta Carr ("Plaintiff") commenced the above-captioned action against Defendant by filing a Complaint in the Fifth Judicial Circuit Court of Florida, captioned as *Barta Carr v. Dolgencorp, LLC d/b/a Dollar General*, Case No. 2016 CA 000269 A. This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of civil actions. *See* 28 U.S.C. § 1441, 1446.

2.  As required by 28 U.S.C. § 1446(a) and Local Rule 4.02(b), all process, pleadings, orders, and other papers on file in the state court at the time of this removal are attached as Exhibit A.

3.  Defendant was served with the Complaint on April 12, 2016.

## II. THE REMOVAL IS TIMELY

4.  This Notice of Removal is filed timely, pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty days of April 12, 2016, the date on which Defendant was first served with a copy of the Complaint. No previous notice of removal has been filed or made with this Court for the relief sought herein.

## III. FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION EXIST OVER ALL CLAIMS

5.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff brought claims under the Fair Labor Standards Act, a federal statute. *See* Ex. A, Complaint, at 4-6. As such, removal to this Court is appropriate pursuant to 28 U.S.C. § 1441(a) and (c), based upon the existence of a federal question.

6.  This Court has supplemental jurisdiction over Plaintiff's Florida state law claim because such claim is so related to Plaintiff's federal claim that it is part of the same case or controversy under Article III of the U.S. Constitution. 28 U.S.C. § 1367. All of Plaintiff's claims involve her employment with Defendant and her alleged failure to receive all wages to which she was entitled (whether as the result of failure to pay overtime or minimum wage). Ex. A, Complaint, at 4-6.

## IV. THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED

7. Venue lies in the Middle District of Florida pursuant to 28 U.S.C. §§ 1441, 1446(a), and 89(b). This action was originally brought in the Fifth Judicial Circuit Court of Florida. *See* Ex. A. Therefore, this is the appropriate court for removal.

8. As required by 28 U.S.C. Section 1446(d), Defendant will provide notice of this removal to Plaintiff through its attorneys of record.

9. As required by 28 U.S.C. Section 1446(d), a copy of this Notice will be filed with the Fifth Judicial Circuit Court of Florida.

10. If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief in support of its position that this case is removable.

WHEREFORE, Defendant Dolgencorp, LLC respectfully requests that this action be removed from the Fifth Judicial Circuit Court of Florida to the United States District Court for the Middle District of Florida and that all future proceedings in this matter take place in the United States District Court for the Middle District of Florida.

Dated: May 2, 2016

Respectfully submitted,

*Thomas R. Brice*
Thomas R. Brice
Florida State Bar No. 18139
**McGuireWoods, LLP**
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL
Tel: 904-798-2629
Fax: 904-360-6335
tbrice@mcguirewoods.com

Joel S. Allen*
Texas State Bar No. 00795069
Jacob A. Lewis*
Texas State Bar No. 24087924
**McGuireWoods, LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: 214.932.6400
Fax: 214.932.6499
jallen@mcguirewoods.com
jlewis@mcguirewoods.com

* *Pro hac vice* motion forthcoming

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of May, 2016, a true and correct copy of the foregoing Notice of Removal was filed electronically and served on counsel of record as follows:

Christopher J. Saba
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone:   813.321.4086
Facsimile:    813.229.8712
csaba@wfclaw.com
tsoriano@wfclaw.com

_____
Thomas R. Brice